# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, LOS ANGELES REGION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL THOMAS P. BOSTICK, IN HIS OFFICIAL CAPACITY,<br><br>　　　　Defendants. | Civil Action No. 2:16-cv-01091-PA-MRW<br><br>ORDER RE:<br>JOINT STIPULATION<br>OF DISMISSAL |

The parties report that they have executed a settlement agreement and jointly stipulate to the dismissal of this action without prejudice.

IT IS THEREFORE ORDERED THAT this action is hereby DISMISSED WITHOUT PREJUDICE.

DATED: July 12, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE